# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PETERSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>　　　　Defendant. | Case No. 8:21-cv-01051-JLS (JDEx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL<br>(Doc. 18) |

Plaintiff Susan Petersen ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Defendant") having filed a Joint Stipulation of Dismissal With Prejudice, and after considering said stipulation,

//

//

//

It is HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: October 21, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE